IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROY T. TRIPLETT,
also known as In Re Wilson,

        Plaintiff,

V.                              No. 11-2105-SAC

UNITED STATES DEPARTMENT
OF DEFENSE,

        Defendant.

## MEMORANDUM AND ORDER

The history of this case is set forth in the Court's order dated March 24, 2011, which ordered the plaintiff to file an amended complaint within 20 days or suffer dismissal of his action. In response to that order, the plaintiff filed a 26 page "motion," accompanied by a 637 page "brief in support of amended complaint." Dk. 12. Thereafter, the plaintiff filed a 32 page "motion." Dk. 14.

The Court has reviewed the lengthy responsive documents and finds them to be no more plain or intelligible than plaintiff's previous voluminous filings. Because plaintiff has repeatedly failed to cure the deficiencies noted by the court in its prior orders, plaintiff's case shall be dismissed for failure to state a claim upon which relief may be granted, *see* Fed.R.Civ. Pro. 12(b)(6), and upon the independent grounds of failure to make a short and plain statement of the claim showing that the plaintiff is entitled to relief, *see* Fed.R.Civ. Pro. 8(a)(2). *See also* 28 U.S.C. § 1915(e)(2) (An in forma pauperis action shall be dismissed at any time if the court determines that the action fails to state a claim on which relief may be granted.)

IT IS THEREFORE ORDERED that this action is dismissed sua sponte without prejudice, and that all pending motions are denied.

Dated this 20th day of April, 2011.

s/ Sam A. Crow
Sam A. Crow, U.S. District Senior Judge